# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| WESTLEY KAYEON KENNEDY, | * | |
| | * | |
| Movant, | * | CIVIL ACTION NO.: 2:15-cv-30 |
| | * | |
| v. | * | |
| | * | |
| UNITED STATES OF AMERICA, | * | (Crim. Case No.: 2:14-cr-12) |
| | * | |
| Respondent. | * | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's February 1, 2018 Report and Recommendation, dkt. no. 22, to which Movant Westley Kayeon Kennedy ("Kennedy") failed to file Objections. Kennedy has filed a Second Motion for Extension of Time to file Objections. Dkt. No. 25. However, the Court already granted Kennedy additional time to object to the Report and Recommendation. Dkt. No. 24. Kennedy has not sufficiently explained why he needs another extension. Indeed, Kennedy has not even outlined what arguments he intends to raise or what portions of the Report and Recommendation he intends to contest. Thus, the Court **DENIES** his Second Motion for Extension of Time.

The Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DENIES** Kennedy's 28 U.S.C. § 2255 Motion to Vacate, Set Aside, or Correct his Sentence. The Court **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and to **CLOSE** this case. The Court **DENIES** Kennedy *in forma pauperis* status on appeal and a Certificate of Appealability.

**SO ORDERED**, this 27 day of March, 2018.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA